■ In the Matter of CARMINE FREDA et al., Respondents, v. ARTHUR ACKERSON et al., Constituting the Board of Elections of Rockland County, Appellants, and ROBERT CRABLE, Intervenor-Respondent.— In a proceeding, *inter alia,* to validate petitions filed with appellants requesting an opportunity for the Republican electorate of the Town of Orangetown to write in the name of a candidate or candidates in the Republican Party Primary Election to be held on June 20, 1972 for the public office of County Legislator from the Town of Orangetown, the appeal is from a judgment of the Supreme Court, Rockland County, entered June 9, 1972, which, *inter alia,* declared the petitions valid. Judgment affirmed, without costs. No opinion. Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.

■ In the Matter of JEREMIAH SCHAEFER et al., Appellants, v. ANTHONY J. BIANCANIELLO et al., Respondents.— In a proceeding to invalidate petitions designating respondents Anthony J. Biancaniello and Frederick M. Reuss, Jr. as candidates in the Republican Party Primary Election to be held on June 20, 1972, for the party office of Member of the Republican County Committee for the 65th Election District of the 23rd Assembly District, the appeal is from a judgment of the Supreme Court, Queens County, entered June 9, 1972, which, *inter alia,* denied the application. Judgment affirmed, without costs. No opinion. Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.

■ In the Matter of ALBERT VANN, Appellant, v. J. J. DUBERSTEIN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— In a proceeding to validate petitions designating appellant as a candidate in the Democratic Party Primary Election to be held on June 20, 1972 for the public office of Member of the Assembly for the 56th Assembly District and for the party office of State Committeeman for the 56th Assembly District, the appeal is from a judgment of the Supreme Court, Kings County, entered June 9, 1972, which dismissed the petition in the proceeding. Judgment affirmed, without costs. No opinion. Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.